UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) No. 3:10-00260 |
| | ) Judge Haynes |
| HAMDI OSMAN | ) |
| | ) |

## MOTION TO JOIN MOTIONS BY CO-DEFENDANTS

Comes now the Defendant Hamdi Osman, by and through counsel, and moves this Honorable Court for leave to join the Pre-Trial Motions filed by Co-Defendants. In support of this motion, Defendant Osman would state that she is requesting a Bill of Particulars per Docket Number 1112, that she is requesting an Extension of Time on the pretrial motions deadline per Docket Number 1061, and Motions to Suppress per Docket Numbers 1089 and 1091, and for such other motions of the other defendants in this matter that apply to Defendant Osman and her defense in this case.

Respectfully submitted,

s/ Jonathan E. Richardson
Jonathan E. Richardson, # 021660
Attorney at Law
Quorum Financial Center
4121 Clarksville Pike, Suite 7
Nashville, Tennessee 37218
(615) 891-7811 phone
(615) 891-7812 fax
Jrichardson@Jrichlaw.com

*[Handwritten annotation: "ORDER — This motion is GRANTED. /s/ [Judge] 1-13-12"]*