IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-10-00260 |
| v. ) | |
| ) | |
| HAMDI OSMAN ) | |

O R D E R

Upon the defendant's oral motion on June 27, 2012, and in accord with 18 U.S.C. § 4282, the United States Marshal is directed to furnish transportation and subsistence to the defendant to return to Minnesota, where she was arrested and where she will reside while the charges against her in this District are pending.

Defendant's counsel shall make such arrangements with the U.S. Marshal.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge