| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:10-00260 |
| v. | ) |
| | ) THE HONORABLE |
| | ) WILLIAM HAYNES |
| | ) CHIEF JUDGE |
| HAMDI ALI OSMAN (#25) | ) |

### HAMDI OSMAN'S MOTION FOR JOINDER -- MOTION TO JOIN DOCKET ENTRY 3279: MOTION TO REVEAL STATEMENTS THE GOVERNMENT INTENDS TO USE AS CO-CONSPIRATORS STATEMENTS FILED BY MOHAMED SHARIF OMAR

Defendant, Hamdi Osman, respectfully requests that this Honorable Court allow her to join the Motion filed by Mohamed Sharif Omar, at Docket Entry 3279, which is a "Motion to Reveal Statements the Government Intends to Use as Co-Conspirators Statements."

Respectfully Submitted:

/s Deanna Bell Johnson
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney For Hamdi Osman

1