IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
) No. 3-10-00260
v. )
)
HAMDI OSMAN )

O R D E R

The defendant's motion to strike motion to temporarily modify conditions of pre-trial release (Docket Entry No. 3448) is GRANTED to the extent that the defendant's motion to temporarily modify conditions of pre-trial release (Docket Entry No. 3438) is DENIED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge